IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JACOB MEDINA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-20-CV-20-PRM |
| WAL-MART ASSOCIATES,<br>INC.,<br>    Defendant. | §<br>§<br>§ | |

## ORDER OF DISMISSAL

On this day, the Court *sua sponte* considered the above-captioned cause. For the reasons herein, the above-captioned cause is dismissed without prejudice.

On September 15, 2020, the Court was apprised that Plaintiff Jacob Medina and Defendant Wal-Mart Associates, Inc. "ha[d] reached a resolution of this case." *See* Notice of Settlement 1, Sep. 15, 2020, ECF No. 24. The parties "request[ed] 30 days to finalize the case and submit dismissal documents." *Id.*

Thereafter, the Court ordered counsel for Plaintiff Jacob Medina to submit documents disposing of the above-captioned cause, with all required signatures, by no later than October 7, 2020. Order Relative to Entry of J. 1, Sep. 16, 2020, ECF No. 25. Parties were cautioned that

failure to submit the finalized documents by October 14, 2020, would "result in the dismissal of the case unless the time periods set forth" were extended by Court Order. *Id.* As of the date of this Order, Plaintiff has not submitted the appropriate documents disposing of this case, and neither party has requested an extension of the October 7, 2020, deadline.[1]

Pursuant to Federal Rule of Civil Procedure 41(b), an action may be dismissed for "fail[ure] to . . . comply with . . . a court order." To date, Plaintiff has failed to comply with the deadlines set forth in the Court's Order Relative to Entry of Judgment. As such, the Court is of the opinion that the above-captioned cause should be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs.

---

[1] In addition, counsel for Plaintiff Jacob Medina was instructed to file notice of compliance with the Court's order by no later than September 23, 2020. Order Relative to Entry of J. 2. Counsel for Plaintiff did not comply with this directive. On September 30, 2020, counsel for Defendant Wal-Mart Associates, Inc. filed its "Notice of Compliance" (ECF No. 26), in which it apprised the Court that "it did not receive any dismissal document from Plaintiff's counsel but has drafted, and submitted to Plaintiff's counsel, a Stipulation of Dismissal." *Id.* at 1.

2

IT IS FURTHER ORDERED that all settings in this matter are VACATED.

IT IS FURTHER ORDERED that all pending motions in this cause, if any, are DENIED AS MOOT.

SIGNED this 19 day of October, 2020.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE